UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO RUIZ,<br><br>    Plaintiff,<br><br>  v.<br><br>LIEUTENANT COX, et al.,<br><br>    Defendants. | NO. EDCV 14-733-CJC (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that judgment be entered dismissing this action without prejudice.

DATED: September 21, 2015

CORMAC J. CARNEY
United States District Judge