JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO RUIZ, | NO. EDCV 14-733-CJC (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| LIEUTENANT COX, et al, | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: September 21, 2015

CORMAC J. CARNEY
United States District Judge